286 So.2d 906

**In re Ricky VAN NOSTRAND**

**v.**

**STATE.**

**Ex parte STATE of Alabama ex rel. ATTORNEY GENERAL.**

**SC 603.**

Supreme Court of Alabama.

Dec. 6, 1973.

William J. Baxley, Atty. Gen., and Walter L. Allen, Sp. Asst. Atty. Gen., Montgomery, for the State, petitioner.

No brief for respondent.

COLEMAN, Justice.

Petition of the State by its Attorney General for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Van Nostrand v. State, 51 Ala.App., ——, 286 So.2d 903.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, McCALL and JONES, JJ., concur.

279 So.2d 136

**In re The 3M COMPANY, INC., a corp.**

**v.**

**Robert R. DUNN, etc.**

**Ex parte Robert R. DUNN.**

**SC 390.**

Supreme Court of Alabama.

June 7, 1973.

E. C. Orme, Troy, for petitioner.

No brief for Respondent.

FAULKNER, Justice.

Petition of Robert R. Dunn for certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in 3M Co., Inc., a Corp. v. Dunn, etc., 50 Ala.App. 329, 279 So.2d 132.

Writ denied.

HEFLIN, C. J., and MERRILL, HARWOOD, and MADDOX, JJ., concur.

282 So.2d 344

**In re James M. TRINKLER**

**v.**

**STATE.**

**Ex parte James M. Trinkler.**

**SC 481.**

Supreme Court of Alabama.

Aug. 30, 1973.

Robert Eugene Smith, D. Freeman Hutton, Atlanta, Ga., and Ferris S. Ritchey, Jr., Birmingham, Ala., for petitioner.

No brief for the State.

COLEMAN, Justice.

Petition of James M. Trinkler for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Trinkler v. State, 50 Ala.App. 735, 282 So.2d 344.

Writ denied.

HEFLIN, C. J., and MERRILL, McCALL and JONES, JJ., concur.